UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL W. JONES,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF CONTRA COSTA; *et al.*,<br>　　　　Defendants.<br>_____/ | No. C-13-2722 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

　　On November 12, 2014, mail was sent from the Court to Plaintiff at the only address he provided to the Court and was returned undelivered on November 21, 2014, marked "return to sender - not deliverable as addressed - unable to forward." (Docket # 31.) Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send a current address within sixty days of the return of the undelivered mail. This action is **DISMISSED** without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

　　IT IS SO ORDERED.

Dated: April 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge